# EXHIBIT A



















