# EXHIBIT B












